FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 SEP 28 PM 2:28
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MAURICE B. YOUNG, )
)
    Petitioner, )
)
v. ) CASE NOS. CV411-175
)           CR410-044
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 19) as amended (Doc. 24), to which objections have been filed (Doc. 22).[1] After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and the 28 U.S.C. § 2255 Petition is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

In his objections, Petitioner takes issue with the Magistrate Judge's credibility determinations and factual findings. (Doc. 22 at 2-3.) After carefully reviewing the record in this case, the Court is ultimately lead to the same conclusion—Petitioner's counsel consulted with

---

[1] Because the Court received timely objections, Petitioner's pro se Motion for Extension of Time to File Objections (Doc. 21) is **DISMISSED AS MOOT**.

Petitioner about appealing his sentence, but Petitioner evinced a desire to forego any appeal. Despite the inconsistencies in counsel's version of events, the Court still believes that counsel's version is more credible, particularly in light of the numerous inconsistencies between Petitioner's version and the record in this case. As a result, the Court can find no reason to reject the Magistrate Judge's findings and conclusions.

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the court issues a Certificate of Appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). After careful consideration, the Court finds no issues in this case that merit the issuance of a Certificate of Appealability. As a result, any request for leave to appeal in forma pauperis must be **DISMISSED AS MOOT**.

SO ORDERED this 28th day of September 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA